UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Asia Pacific Industrial Corporation, a British Virgin Islands corporation and Ashok S. Kothari, a resident of Hong Kong, individually,

Plaintiffs,

vs.

Rainforest Café, Inc., a Minnesota corporation,

Defendant.

Case File No.: 01-877 JMR/FLN

**ORDER**

---

Scott Johnson for Plaintiffs.
Edward Magarian for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on August 24, 2001, on Defendant's Motion to Strike Plaintiffs' Reply Memorandum. Defendant's Motion seeks to strike a Reply Memorandum filed by Plaintiffs in connection with their Application to Stay Proceedings and to Compel Arbitration [#3]. The Court's decision on Plaintiffs' Application is contained in a Report and Recommendation filed concurrently with this Order. As such, Defendant's Motion is moot.

Accordingly, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Reply Memorandum [#12] is **DENIED AS MOOT**.

DATED: August 31, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______