UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-877 (JMR/FLN)

| | | |
|---|---|---|
| Asia Pacific Industrial Corporation, and Ashok S. Kothari | ) | |
| v. | ) | ORDER |
| Rainforest Café, Inc. | ) | |

This matter is before the Court on plaintiffs' motion to confirm the award of arbitration against the defendant and to enter judgment. Defendant in its reply requests that this Court vacate the arbitration award, lift the stay, and resume judicial proceedings. The parties have waived oral argument in this matter.

Based on the files, records, and proceedings herein, and finding that the dispute was fully and fairly arbitrated pursuant to the Federal Arbitration Act, IT IS ORDERED that:

1. Plaintiff's motion to confirm the arbitration award and enter judgment [Docket No. 23] is granted.
2. Judgment shall be entered against the defendant and in favor of plaintiff in the amount of $200,000.
3. Interest shall accrue on said judgment from January 13, 2003.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 31 8, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED APR 01 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. APR 01 2003
DEPUTY CLERK