UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Asia Pacific Industrial Corporation, a British Virgin Islands corporation and Ashok S. Kothari, a resident of Hong Kong, individually,

Plaintiffs,

v.

Rainforest Cafe, Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-CIV-877 JMR/FLN

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Rainforest Café, Inc. hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 1st day of April, 2003, and from all orders subsumed therein, including but not limited to the Order of March 31, 2003 granting Plaintiffs' motion to confirm the arbitration award and enter judgment and the Order of November 2, 2001 adopting the Report and Recommendation of Magistrate Judge Franklin Noel dated August 31, 2001.

Dated: April 29, 2003

DORSEY & WHITNEY LLP

By [signature]
Edward Magarian #208796
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
*Attorneys for Defendant Rainforest Cafe, Inc.*

FILED APR 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK