UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Asia Pacific Industrial Corporation, a British Virgin Islands corporation and Ashok S. Kothari, a resident of Hong Kong, individually,

Plaintiffs,

v.

Rainforest Cafe, Inc., a Minnesota corporation

Defendant.

Civil File No. 01-CIV-877 JMR/FLN

JMR

**~~[Proposed]~~ Order**
**Staying Execution of Judgment and Approving Supersedeas Bond**

The above-entitled matter is before the Court on the Motion of Defendant to stay execution of the judgment entered herein and for approval of a supersedeas bond, which was submitted with the motion. Based upon review of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the proposed supersedeas bond submitted herein is approved;

IT IS FURTHER ORDERED that execution of the judgment in this matter, and any proceedings to enforce said judgment, are hereby stayed until 10 days after final resolution of the appeal from said judgment which Defendant has filed, which final resolution shall not be deemed to have occurred until the expiration of the period allowed by law for petitioning for rehearing or rehearing en banc by the court of appeals, or for petitioning for a writ of certiorari to the Supreme Court of the United States, and, if any

FILED____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED____________
DEPUTY CLERK'S INITIALS____________

such petitions are timely filed, until final resolution thereof, including such further review of the merits as may be granted thereupon.

Dated: June 5th, 2003

BY THE COURT

UNITED STATES DISTRICT JUDGE

COPY

61BSBCF1567

IN THE U. S. District COURT OF THE Dist. of Minnesota

IN AND FOR THE COUNTY OF ____________________

Asia Pacific Industrial Corp. & Ashok S. Kothari

Plaintiff,

vs.

Rainforest Cafe, Inc.

Defendant

# SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned Rainforest Cafe, Inc. as principal, and Hartford Fire Insurance Company, as Surety, are held and truly bound unto the Plaintiff up to the penal sum of Two Hundred Eighteen Thousand ($ 218,000 ) lawful money of the United States of America for the payment of which will and truly be made, we bind ourselves, jointly and severally, and our respective successors and assigns by these presents.

The condition of this obligation is such that:
WHEREAS, on the March 31, 2003, a Judgment and decree was entered in the above Court in the above cause number in favor of the Plaintiff and against the Defendant, a copy of which said Judgment is attached hereto and by this reference made a part hereof; and,

WHEREAS, Defendant is desirous of filing a Notice of Appeal and the Appeal is now pending; and,

WHEREAS, the above entitled Court, has fixed the maximum amount of the Supersedeas Bond at Two Hundred Eighteen Thousand ($ $218,000 ).

NOW THEREFORE, if the Defendant shall prosecute the said Appeal with diligence, and if the decision of the above entitled Court be affirmed, or said Appeal dismissed, if said Defendant complies with said Judgment and pays all costs and damages finally adjudged against it and pays to the Plaintiff all damages which Plaintiff may sustain by the suspension of provisions of the attached Judgment of the stay of proceedings, and then this obligation shall be void; otherwise to remain in full force and effect.

DATED 8th DAY OF May 20 03.

Rainforest Cafe, Inc.
Principal

By: [signature] Steven L. Scheinthal, Vice President

Hartford Fire Insurance Company

By: [signature]
Lana Miller, Attorney-In-Fact

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
THE HARTFORD
BOND, T-4
690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* **888-266-3488** *or fax:* **860-757-5835**

**KNOW ALL PERSONS BY THESE PRESENTS THAT:** **Agency Code:** 61 612087

- [X] **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut
- [ ] **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois
- [ ] **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana
- [ ] **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, ***up to the amount of*** UNLIMITED :
JOHN R. BRANIFF, SR., JERRY Y. BATES, STEPHEN L. KRAMER, LANA MILLER, A. PATRICK SHEA, JR., NORMAN HENLEY OF HOUSTON, TEXAS

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on September 12th, 2000, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

Paul A. Bergenholtz, Assistant Secretary

Colleen Mastroianni, Assistant Vice President

**STATE OF CONNECTICUT**
} ss. Hartford
**COUNTY OF HARTFORD**

On 25th day of October, 2002, before me personally came Colleen Mastroianni, to me known, who being by me duly sworn, did depose and say: that she resides in the County of Hartford, State of Connecticut; that she is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that she knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that she signed her name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2007

**CERTIFICATE**

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of May 8, 2003 .

Signed and sealed at the City of Hartford.

Yves Cantin, Assistant Vice President

| *Insured's Name* |
| --- |
| Rainforest Cafe, Inc. |
| *Insured's Mailing Address* |
| 1510 West Loop South<br>Houston, TX 77027 |
| *Policy Number* |
| 61BSBCF1567 |

# IMPORTANT NOTICE TO OBLIGEES/POLICYHOLDERS – TERRORISM RISK INSURANCE ACT OF 2002

You are hereby notified that, under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, we must make terrorism coverage available in your bond/policy. However, the actual coverage provided by your bond/policy for acts of terrorism, as is true for all coverages, is limited by the terms, conditions, exclusions, limits, other provisions of your bond/policy, any endorsements to the bond/policy and generally applicable rules of law.

Any terrorism coverage provided by this bond/policy is partially reinsured by the United States of America under a formula established by Federal Law. Under this formula, the United States will pay 90% of covered terrorism losses exceeding a statutorily-established deductible paid by sureties/insurers until such time as insured losses under the program reach $100 billion. If that occurs, Congress will determine the procedures for, and the source of, any payments for losses in excess of $100 billion.

The premium charge that has been established for terrorism coverage under this bond/policy is either shown on this form or elsewhere in the bond/policy. If there is no premium shown for terrorism on this form or elsewhere in the bond/policy, there is no premium for the coverage.

| **Terrorism premium:** | $0 |
| --- | --- |



© 2002, The Hartford