01-877 JMR/FLN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2314

| | | |
|---|---|---|
| Asia Pacific Industrial Corporation, a British Virgin Islands corporation; Ashok S. Kothari, a resident of Hong Kong, individually,<br><br>Appellees,<br><br>v.<br><br>Rainforest Cafe, Inc., a Minnesota corporation,<br><br>Appellant. | * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 23, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
SEP 30 2004
U.S. DISTRICT COURT MPLS