UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

---

Court File No. 01-CIV-877 JMR/FLN

Asia Pacific Industrial Corporation, a British Virgin Islands corporation and Ashok S. Kothari, a resident of Hong Kong, individually,

Plaintiffs,

v.

**SATISFACTION OF JUDGMENT**

Rainforest Café, Inc., a Minnesota corporation,

Defendant.

---

**Full Satisfaction**

I, Scott A. Johnson, as counsel for plaintiffs Asia Pacific Industrial Corporation and Ashok S. Kothari, the undersigned judgment creditor hereby certify that judgment in the amount of $200,000, together with costs assessed and accrued interest, which was entered in this Court on March 31, 2003, in favor of plaintiffs and against Rainforest Café, Inc., defendant, is fully satisfied and the Court Administrator may record the same. The judgment was satisfied by receipt of a check dated 10/20/04, made payable to Johnson Law Group Trust account in the amount of $220,268.96.

Dated: October 20, 2004

JOHNSON LAW GROUP, LLP

Scott Johnson (#124606)
Todd Johnson (#52061)
10801 Wayzata Blvd., Suite 120
Minnetonka, MN 55305
(952)525-1224

ATTORNEYS FOR PLAINTIFFS

Subscribed and sworn to before me this
20th day of October, 2004.

Notary Public

CHERYL MOUM
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005