**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Asia Pacific Industrial Corporation, et al. v. Rainforest Café, Inc.**
**Court File No. 01-civ-877 (JMR/FLN)**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2004, I caused the following document:

**Satisfaction of Judgment**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Scott Allen Johnson**
**scottlaw@spacestar.net**

**Todd Maurice Johnson**
**toddlaw@spacestar.net**

Dated: October 25, 2004

s/ Thomas M. Jancik
Thomas M. Jancik
Minn. Atty. No. 0298471
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
jancik.thomas@dorsey.com

*Attorneys for Defendant Rainforest Café, Inc.*